# United States Court of Appeals
# for the Fifth Circuit

No. 24-60314

Desmond D. Green,

*Plaintiff—Appellee,*

versus

Jacquelyn Thomas, *Detective,*

*Defendant—Appellant.*

United States Court of Appeals
Fifth Circuit
**FILED**
March 3, 2025
Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-126

_____

Before Higginbotham, Willett, and Ho, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that we AFFIRM the district court's denial of qualified immunity for Green's false arrest and due

No. 24-60314

process claims under the Fourth and Fourteenth Amendments and REVERSE its denial of qualified immunity for Green's Fourth Amendment malicious-prosecution claim, in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.